IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRYSTAL GRIGGS**<br>     **Plaintiff,**<br>        **v.**<br><br>**SEPTA, et al.,**<br>     **Defendants.** | **CIVIL ACTION**<br><br>**NO.   14-6226** |

## ORDER RE DEFENDANTS' MOTION TO DISMISS

**AND NOW**, this 21st day of July, 2015, for the reasons stated in the foregoing memorandum, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF 3) and all responses and replies thereto, it is hereby **ORDERED** that Defendants' Motion is **DENIED.**

BY THE COURT:

/s/ Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 14\14-6226 griggs v. septa\14cv6226.Griggs v. SEPTA MTD Order.docx