IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CRYSTAL GRIGGS<br>Plaintiff,<br>v.<br>SEPTA, et al.,<br>Defendants. | CIVIL ACTION<br><br>NO. 14-6226 |
|---|---|

### ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 28th day of July, 2016, for the reasons stated in the foregoing memorandum, upon consideration of Defendants' Motion for Summary Judgment (ECF 25) and all responses and replies thereto, it is hereby **ORDERED** that Defendants' Motion is **DENIED.**

Within fourteen (14) days of this Order, Plaintiff shall submit a filing reducing the nineteen (19) potential bases for liability identified in the Court's memorandum, and proposing several limited, discreet and understandable theories of liability to be presented to the jury.

Motions in limine shall be due within fourteen (14) days of the date of filing of Plaintiff's clarification. Responses shall be due fourteen (14) days after that.

The parties shall appear in Courtroom 3A for a final pretrial conference on Friday, October 14, 2016 at 9:30 a.m.

BY THE COURT:

/s/ Michael M. Baylson
For Michael M. Baylson, U.S.D.J.

O:\CIVIL 14\14-6226 griggs v. septa\14cv6226.Griggs v. SEPTA MSJ Order.docx

1