IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRYSTAL GRIGGS**<br>**Plaintiff,** | **CIVIL ACTION**<br><br>**NO. 14-6226** |
| **SEPTA, et al.,**<br>**Defendants.** | |

## ORDER

**AND NOW** this 17th day of October, 2016, for the reasons stated in the foregoing memorandum, the Motion in Limine to Preclude testimony of Dr. Rayias (ECF 36) is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

_____
MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 14\14-6226 griggs v. septa\15cv6226 Order on MIL psychologist.docx